# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENYA SPLOND,<br><br>       Petitioner,<br>v.<br><br>GABRIELA NAJERA, *et al*.,<br><br>       Respondents. | Case No. 2:23-cv-00451-GMN-BNW<br><br>**ORDER** |

  Respondents seek an extension of time to file their response to the petition.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

  It is therefore ordered that Respondents' first Motion for Extension of Time (ECF No. 5) is GRANTED.  Respondents have until July 31, 2023, to file their response.

  DATED: June 15, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE