# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENYA SPLOND,<br><br>      Petitioner,<br>v.<br>GABRIELA NAJERA, *et al.*,<br><br>      Respondents. | Case No. 2:23-cv-00451-GMN-BNW<br><br>**ORDER** |

  Petitioner Kenya Splond seeks an extension of time to file his Opposition to Respondents' Motion to Dismiss. ECF No. 18. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's Motion.

  It is therefore ordered that Petitioner's unopposed first Motion for Extension of Time (ECF No. 18) is GRANTED. Petitioner has until June 28, 2024, to file his Opposition.

DATED: June 11, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE