# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENYA SPLOND,<br><br>　　　　　　Petitioner,<br>v.<br><br>GABRIELA NAJERA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:23-cv-00451-GMN-BNW<br><br>**ORDER** |

　　　　The Court granted Respondents' Motion to Dismiss Grounds 2(B) and 2(C) as untimely and Grounds 3(D), 3(E), and 3(F) as not cognizable, leaving Grounds 2(A), 3(A), 3(B), and 3(C) of the Amended Petition. ECF No. 24.  After Petitioner Kenya Splond filed a notice of appeal, the Court denied a certificate of appealability. ECF Nos. 25, 30.  Splond voluntarily dismissed her appeal. ECF No. 31.

　　　　It is therefore ordered that Respondents have until January 15, 2026, to file and serve an answer addressing the remaining claims in Splond's Amended Petition.

　　　　It is further ordered that Splond will have 30 days from the date of service of the answer to file and serve a reply.

　　　　DATED: December 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE