# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENYA SPLOND,

                                    Petitioner,

v.

GABRIELA NAJERA, *et al.*,

                                    Respondents.

Case No. 2:23-cv-00451-GMN-BNW

**ORDER**

Respondents seek an extension of time to file their response to the First Amended Petition. ECF Nos. 33, 34.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motions.

It is therefore ordered that Respondents' unopposed first Motion for Extension of Time (ECF No. 33) is granted *nunc pro tunc*.

It is further ordered that Respondents' unopposed second Motion for Extension of Time (ECF No. 34) is granted.  Respondents have until April 30, 2026, to file their response.

DATED:      March 19, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1