UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENYA SPLOND,

Petitioner,

v.

RONALD E. OLIVER, et al.,

Respondents.

Case No. 2:23-cv-00451-GMN-BNW

**ORDER**

Petitioner Kenya Splond filed an unopposed motion seeking a 30-day extension of time to file a notice of appeal from the judgment denying his habeas petition under 28 U.S.C. § 2254. ECF No. 40.

Generally, an appeal in a civil case must be taken within 30 days after the entry of judgment. Fed. R. App. 4(a)(1)(A). Rule 4(a) of the Federal Rules of Appellate Procedure is the exclusive avenue for relief from the expiration of the period to file a timely notice of appeal. *See In re Stein*, 197 F.3d 421, 426–27 (9th Cir. 2000). A district court may extend the time to file a notice of appeal if (1) a party so moves no later than 30 days after the time prescribed by Rule 4(a) expires; and (2) regardless of whether the motion is filed before or during the 30 days after the time prescribed by Rule 4(a) expires, the party shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A). Rule 4(a) is enforced without distinction between counseled and uncounseled cases. *See Clark v. Lavallie*, 204 F.3d 1038, 1041 (10th Cir. 2000) (rejecting pro se prisoner's motion filed more than 180 days after entry of judgment). An extension of time to file a notice of appeal under Rule 4(a)(5) may not exceed 30 days after the prescribed time or 14

days after the date when the order granting the motion is entered, whichever is later. *See* Fed. R. App. P. 4(a)(5)(C).

On September 29, 2026, the Court entered judgment denying Splond's habeas petition on the merits. ECF No. 38. Splond's notice of appeal was due 30 days later on October 29, 2026. *See* Fed. R. App. P. 4(a)(1)(A). On October 29, 2026, Splond filed an unopposed motion requesting a 30-day extension of time to file a notice of appeal. ECF No. 40. The motion is accompanied by a Declaration of Counsel explaining that Splond was not receiving legal mail sent by counsel, Splond has had limited telephone availability, and his counsel was unable to meet with him in person due to the location of his incarceration. *Id.* at 3. Counsel was, however, able to speak with Splond on October 27, 2026. *Id.* Counsel indicates that Splond needs additional time to retain appellate counsel. *Id.* Counsel also indicated that the respondents' counsel has no objection to the request for an extension of time. *Id.* at 4.

The Court finds Splond's motion for extension of time is timely and he has shown good cause to grant the motion. *See* Fed. R. App. P. 4(a)(5)(A). Because the 30-day deadline to file the Notice of Appeal falls on Saturday, November 28, 2026, Splond will have through November 30, 2026, to file his notice of appeal. *See* Fed. R. App. P. 26(a)(1)(c).

It is therefore Ordered that the Unopposed Motion for 30-Day Extension of Time to File Notice of Appeal (ECF No. 40) is granted.

It is further ordered that Splond has through November 30, 2026, to file a notice of appeal from the judgment entered on September 29, 2026.

Dated: November 10, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE